# EXHIBIT A

# STATE COURT OF LIBERTY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
LIBERTY COUNTY, GEORGIA

**STSV2022000005**
JO
JAN 05, 2022 03:47 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

CIVIL ACTION NUMBER   STSV2022000005

Fletcher, Celestine

**PLAINTIFF**

VS.

Jackson, Mark J
Jackson, Frank
Fame Enterprises, Inc.

**DEFENDANTS**

## SUMMONS

TO: JACKSON, MARK J

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Angela Gore**
> **KENNETH S. NUGENT, P.C.**
> **One Bull Street**
> **Suite 400**
> **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of January, 2022.**

Clerk of State Court

Linda Dixon Thompson, Clerk
Liberty County, Georgia

Page 1 of 1

# STATE COURT OF LIBERTY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
LIBERTY COUNTY, GEORGIA

**STSV2022000005**
JO
JAN 05, 2022 03:47 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

CIVIL ACTION NUMBER   STSV2022000005

Fletcher, Celestine

---

**PLAINTIFF**

VS.

Jackson, Mark J
Jackson, Frank
Fame Enterprises, Inc.

---

**DEFENDANTS**

## SUMMONS

TO: JACKSON, FRANK

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Angela Gore**
> **KENNETH S. NUGENT, P.C.**
> **One Bull Street**
> **Suite 400**
> **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of January, 2022.**

Clerk of State Court

Linda Dixon Thompson, Clerk
Liberty County, Georgia

# STATE COURT OF LIBERTY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
LIBERTY COUNTY, GEORGIA
**STSV2022000005**
JO
JAN 05, 2022 03:47 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

CIVIL ACTION NUMBER   STSV2022000005

Fletcher, Celestine

---

**PLAINTIFF**

                                    VS.

Jackson, Mark J
Jackson, Frank
Fame Enterprises, Inc.

---

**DEFENDANTS**

## SUMMONS

TO: FAME ENTERPRISES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Angela Gore**
> **KENNETH S. NUGENT, P.C.**
> **One Bull Street**
> **Suite 400**
> **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of January, 2022.**

                                                Clerk of State Court

                                                Linda Dixon Thompson, Clerk
                                                Liberty County, Georgia

EFILED IN OFFICE
CLERK OF STATE COURT
LIBERTY COUNTY, GEORGIA

**STSV2022000005**
JO
JAN 05, 2022 03:47 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

IN THE STATE COURT OF LIBERTY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CELESTINE FLETCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. _____ |
| | ) |
| MARK JEFFREY JACKSON, FRANK JACKSON, | ) |
| AND FAME ENTERPRISES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## COMPLAINT

COMES NOW CELESTINE FLETCHER, by and through undersigned counsel, and files this, her Complaint against MARK JEFFREY JACKSON, FRANK JACKSON, and FAME ENTERPRISES, INC., showing this Honorable Court the following:

### PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

1. Plaintiff CELESTINE FLETCHER is a resident of Liberty County, Georgia.

2. Defendant MARK JEFFREY JACKSON is a non-resident motorist from Beltrami County, Minnesota, and may be served pursuant to the Georgia Secretary of State pursuant to the Georgia Nonresident Motorist Act, O.C. G. A. § 40-12-1, or, in the alternative, may be served pursuant to the Georgia Long-Arm Statute, O. C. G. A § 9-10-91, at his residence located at 4015 Avion Lane, N. W., Unit F, Bemidji, Minnesota, 56601.

3. Defendant FRANK JACKSON is a non-resident and may be served pursuant to the Georgia Long-Arm Statute O. C. G. A § 9-10-91 at his residence located at 829 18th Street, Fargo, North Dakota, 58103.

4. Defendant FAME ENTERPRISES, INC. is a foreign corporation and may be served pursuant to the Georgia Long-Arm Statute O. C. G. A § 9-10-91 through its registered agent, Frank Jackson, at 829 18th Street, Fargo, North Dakota, 58103.

5. Venue and jurisdiction are proper in this Court.

## FACTS

6. On or about January 31, 2020, Plaintiff Celestine Fletcher ("Plaintiff") was in a 2007 Pontiac G6 SE stopped on Chemical Plant Road in Riceboro, Liberty County, Georgia, waiting to exit the security gate.

7. At said time and place, Defendant Mark Jeffrey Jackson was operating a 2007 Freightliner Tractor Trailer Truck, owned and maintained by Defendants Frank Jackson and Fame Enterprises, Inc., and traveling immediately in front of the Plaintiff's vehicle on Chemical Plant Road in Riceboro, Liberty County, Georgia.

8. At said time and place, Defendant Mark Jeffrey Jackson began backing his tractor trailer truck causing it to collide into the front of the Plaintiff's vehicle.

## COUNT ONE: NEGLIGENCE OF DEFENDANT MARK JEFFREY JACKSON

9. Plaintiffs incorporate the preceding allegations as if fully set forth herein.

10. Defendant Mark Jeffrey Jackson had a duty to keep a proper lookout for vehicles behind his truck when attempting to back up.

11. The collision resulted from the negligence of Defendant Mark Jeffrey Jackson.

12. The acts of negligence on the part of Defendant Mark Jeffrey Jackson consist of, among other things:

    (a) failure to exercise due care, a violation of O. C. G. A. §40-6-93, said violation constituting negligence *per se*;

    (b) improper backing, a violation of O. C. G. A. §40-6-240, said violation constituting negligence *per se*;

    (c) failure to maintain proper lookout; and

(d) otherwise being negligent and careless in the operation of a motor vehicle.

13. As a result of Defendant Mark Jeffrey Jackson's negligence, Plaintiff was seriously injured.

14. Defendant Mark Jeffrey Jackson is liable for his negligence which caused Plaintiff's injuries.

15. As a result of the incident, Plaintiff incurred substantial medical expenses and lost wages.

16. As a result of the incident, Plaintiff has sustained serious and permanent injuries.

17. As a result of the incident, Plaintiff has endured substantial pain and suffering and will in the future endure additional pain and suffering.

## COUNT TWO: NEGLIGENCE OF DEFENDANT FRANK JACKSON

18. Plaintiff incorporates the preceding allegations as if fully set forth herein.

19. Defendant Frank Jackson was negligent in one or more of the following respects:

By negligently entrusting the vehicle to Defendant Mark Jeffrey Jackson who was unfit to safely operate the vehicle and knowing that Defendant Mark Jeffrey Jackson was unfit to operate the vehicle.

20. All of the injuries and damages, past, present and prospective to Plaintiff was, is, and will be due to the negligence and carelessness of Defendant Frank Jackson.

## COUNT THREE: NEGLIGENCE OF DEFENDANT FAME ENTERPRISES, INC.

21. Plaintiff incorporates the preceding allegations as if fully set forth herein.

22. Plaintiff is informed and believes that at all times relevant to Plaintiff's Complaint, Defendant Mark Jeffrey Jackson was the agent, servant, and/or employee of the Defendant Fame Enterprises, Inc., and at the time of the incident which is the subject of Plaintiff's Complaint, was in the course and scope of his employment with Defendant Fame Enterprises, Inc.

23. Defendant Fame Enterprises, Inc. was negligent in one or more of the following respects:

    (a) By failing to properly train its agent and employee Defendant Mark Jeffrey Jackson;

    (b) By failing to properly supervise its agent and employee Defendant Mark Jeffrey Jackson;

    (c) By being responsible for the conduct of its agent and employee, Defendant Mark Jeffrey Jackson;

    (d) By negligently entrusting the vehicle to Defendant Mark Jeffrey Jackson who was unfit to safely operate the vehicle and knowing that Defendant Mark Jeffrey Jackson was unfit to operate the vehicle; and

    (e) By being responsible for the conduct of its agent and employee Defendant Mark Jeffrey Jackson under the doctrine of *Respondeat Superior*.

24. All of the injuries and damages, past, present and prospective to Plaintiff were, are, and will be due to the negligence and carelessness of Defendant Fame Enterprises, Inc.

**COUNT FOUR: INJURIES AND DAMAGES TO PLAINTIFF CELESTINE FLETCHER**

25. Plaintiff incorporates the preceding allegations as if fully set forth herein.

26. As a direct and proximate result of the actions of Defendants, Plaintiff Celestine Fletcher has sustained:

    (a) Various bodily injuries, including but not limited to, disc protrusions at C3/C4, C5/C6, C6/C7 with mild cord impression at C3/4, disc bulges from L2/L3 to L4/L5.

    (b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life;

4

    (c)       Past and present medical expenses in excess of $39,763.67;

    (d)       Lost wages in the amount of $35,340.00;

    (e)       Future medical expenses and lost wages in an amount to be determined; and

    (f)       Out-of-pocket expenses in an amount to be determined.

WHEREFORE, Plaintiff prays for the following:

    (a)       That summons and process issue, as provided by law, requiring each Defendant to appear and answer Plaintiff's Complaint;

    (b)       That service be had upon each Defendant as provided by law;

    (c)       That Plaintiff be awarded actual, general, special damages;

    (d)       That Plaintiff have judgment against Defendants for all costs of Court;

    (e)       That Plaintiff have a trial by a jury as to all issues; and

    (f)       That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 5th day of January, 2022.

                                                             KENNETH S. NUGENT, P.C.

                                                             *s/Angela Gore*
                                                             Angela T. Gore
                                                             Georgia Bar No. 197097
                                                             Jan P. Cohen
                                                             Georgia Bar No. 174337
                                                             *Attorneys for Plaintiff*

One Bull Street
Suite 400
Savannah, Georgia 31401
(912) 447-5984
agore@attorneykennugent.com